UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,

        Plaintiff(s),

  v.

THE PEP BOYS MANNY, MOE
& JACK OF CALIFORNIA, et al.,

        Defendant(s).

_____/

NO. CIV. S-06-1833 FCD/KJM

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of plaintiff's counsel in the above action the court has determined that this case has settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 8, 2007.  All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

    **<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.</u>**

    **IT IS SO ORDERED**.

Dated: November 27, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE