1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  LAWRENCE TEPLIN, SBN 35724
   COX CASTLE & NICHOLSON, LLP
7  2049 Century Park East, 28th Floor
   Los Angeles, CA 90067
8  Telephone: (310) 277-4222
   Fax: (310) 277-7889
9
   Attorney for Defendant
10

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

14 JAMES SANFORD,                           Case No. CIV. S-06-01833-FCD-KJM

15      Plaintiff,

16 v.                                       **STIPULATION OF DISMISSAL AND ORDER THEREON**

17 THE PEP BOYS MANNY, MOE & JACK OF
   CALIFORNIA dba PEP BOYS #723,
18
        Defendant.
19  _____/

20      TO THE COURT AND ALL PARTIES:

21      Pursuant to a Settlement Agreement and Release between plaintiff, JAMES

22 SANFORD, and defendant, THE PEP BOYS MANNY, MOE & JACK OF CALIFORNIA dba

23 PEP BOYS #723, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request

24 that all parties be dismissed with prejudice from the above-entitled action.

25 Dated: December 14, 2006          DISABLED ADVOCACY GROUP, APC

26
                                      /s/ Lynn Hubbard, III
27                                    LYNN HUBBARD, III
                                      Attorney for Plaintiff
28
   ///

| | |
|---|---|
| Dated: December 14, 2006 | COX, CASTLE & NICHOLSON |
| | /s/ Lawrence Teplin |
| | LAWRENCE TEPLIN |
| | Attorney for Defendant |

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01833-FCD-KJM, is hereby dismissed with prejudice.

Dated: December 14, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE